# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM FERNANDEZ ORTEGA, | |
| Plaintiff, | |
| v. | Cause No. |
| SHIMELESS DEMISSIE, ADAM C. DANIEL, and HNA TRUCKING, LLC, | State Court Cause No.: 73D01-2305-CT-000016 |
| Defendants. | |

## NOTICE OF REMOVAL

Defendant, HNA TRUCKING, LLC ("HNA"), by counsel, Brandon Kroft and Daniel Sheroff of Cassiday Schade, LLP, files this Notice of Removal pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446. In support thereof, HNA states as follows:

1. On May 11, 2023, Plaintiff filed his Complaint for Damages (the "Complaint") in the Shelby County Superior Court, Indiana entitled: *William Fernandez Ortega v. Shimeless Demissie, Adam C. Daniel, And HNA Trucking, LLC*; Cause No. 73D01-2305-CT-000016.

2. Pursuant to 28 U.S.C. § 1446(a), a true and accurate copy of the Complaint is attached hereto as Exhibit A.

3. Defendant, HNA, has not yet been served with a Summons or Complaint. However, on May 26, 2023, HNA issued Requests for Admissions to Plaintiff. Plaintiff's responses to the Requests for Admissions were issued to counsel for HNA on June 15, 2023, and are attached hereto as Exhibit B.

4. The Complaint alleges claims of personal injury resulting from a motor vehicle accident that occurred on or about February 3, 2022, on I-74 in Shelbyville, Shelby County, Indiana. (Exhibit A, ¶ 5).

5. The Complaint states that as a result of the negligence of Defendants, Plaintiff suffered various damages and personal physical injuries. (Exhibit A, ¶ 11).

6. The Complaint does not request a specific amount of damages and does not provide any notice that the amount in controversy is greater than $75,000. However, per the responses to the Requests for Admissions from Plaintiff received by HNA on June 15, 2023, Plaintiff denies: (1) the total of all of Plaintiff's damages arising from the accident for which Plaintiff seeks compensation does not exceed $75,000, (2) Plaintiff will not personally seek damages from the Defendants in excess of $75,000 at trial of this matter, and (3) the amount in controversy at issue in this case does not exceed $75,000. (Exhibit B).

7. Co-Defendants, Shimeless Demissie and Adam C. Daniel, have not yet been served, have not appeared, and have not otherwise responded to the Complaint. As a result, HNA is unable at this time to comply with 28 U.S.C. § 1446(b)(2)(A).

8. Defendant, HNA is no longer in business, but was a Texas limited liability company, with its principal place of business in the State of Texas, and its sole member, Yordanos Haile, was a resident of the State of Texas while it was in operation, but now resides in Rwanda, Africa. (Exhibit A, ¶ 4; See also Affidavit of Yordanos Haile attached hereto as Exhibit C).

9. Upon information and belief, Defendant, Adam C. Daniel is a resident of the State of Washington. (Exhibit A, ¶ 3).

10. Upon information and belief, Defendant, Shimeless Demissie is a resident of the State of Washington. (Exhibit A, ¶ 2).

11. As alleged in his Complaint, Plaintiff William Fernandez Ortega is a resident of the State of Indiana. (Exhibit A, ¶ 1).

12. Since Plaintiff and Defendants are "citizens" of different states, there is complete diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332(a).

13. This court has original jurisdiction over the underlying state court case pursuant to the provisions of 28 U.S.C. § 1332. This action may be removed pursuant to the provisions of 28 U.S.C. § 1441 and § 1446 because there is diversity of citizenship between the parties, and HNA reasonably believes that the amount in controversy exceeds the sum of $75,000.00, exclusive of costs and interest.

14. Pursuant to 28 U.S.C. § 1332, this Notice of Removal is timely because it was filed in this Court within thirty (30) days after the receipt of an "other paper, indicating the existence of Federal jurisdiction", namely Plaintiff's responses to HNA's Requests for Admissions, which was received by counsel for HNA on June 15, 2023. (Exhibit B).

15. Defendant, HNA, has completed all necessary requirements to remove this action to federal court in accordance with the procedures outlined in 28 U.S.C. § 1446(c). HNA has filed a copy of all process and pleadings with this Notice of Removal. (See Exhibit A along with summons issued by Plaintiff). Moreover, upon this filing, HNA will give written notice of the Notice of Removal to all attorneys of record and the Clerk of the Shelby County Superior Court.

16. In the event that this Notice of Removal is challenged by Plaintiff with regard to this Court's jurisdiction, HNA reserves the right to file the appropriate affidavits and other proof with the Court to satisfy its burden of proof with respect to diversity jurisdiction. See *Buchanan v. McLee*, 2006 U.S. Dist. LEXIS 8533 (N.D. Ind. Feb. 10, 2006) (holding that the Court can require the defendant to file appropriate evidence or "competent proof" to support diversity jurisdiction upon its own volition or upon being challenged by the plaintiff).

WHEREFORE, for all the foregoing reasons, Defendant, HNA TRUCKING, LLC, respectfully requests that this Honorable Court accept removal pursuant to 28 U.S.C. § 1441 and U.S.C § 1446.

Respectfully submitted

CASSIDAY SCHADE LLP

By: /s/ *Daniel Sheroff*
    Daniel Sheroff, Attorney No. 32146-53
    One of the Attorneys for Defendant
    HNA TRUCKING, LLC

CASSIDAY SCHADE LLP
Brandon J. Kroft, #23400-64
bkroft@cassiday.com
233 East 84th Drive, Suite 305
Merrillville, IN  46410
(219) 663-5575
(219) 795-1486 - Fax

Daniel Sheroff, #32146-53
dsheroff@cassiday.com
101 West Ohio Street, Suite 1275
Indianapolis, IN 46204
(317) 613-2363
(317) 613-2399 - Fax

## **CERTIFICATE OF SERVICE**

      I, Daniel Sheroff, Attorney No. 32146-53, hereby certify that on the 13th day of July, 2023, a true and complete copy of the foregoing was filed via the Court's CM/ECF electronic system, and served upon each party via First Class U.S. Mail.

                                                    /s/ *Daniel Sheroff*